IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SHAWNA HAMILTON, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:22-CV-160 |
| v. | § § | |
| WAL-MART STORES TEXAS, LLC, | § § | JURY DEMANDED |
| Defendant. | § | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Shawna Hamilton and Defendant Wal-Mart Stores Texas, LLC file this Joint Stipulation of Dismissal with Prejudice.

Plaintiff and Defendant stipulate that all claims and causes of action asserted against Defendant in this case are hereby dismissed with prejudice to the refiling of the same, and that each party will bear their own costs and fees.

Plaintiff and Defendant respectfully request that the Court dismiss this action with prejudice and order that all costs and fees be borne by the party incurring the same.

Respectfully submitted,

| | |
|---|---|
| /s/ *Kell Simon* | /s/ *Carolyn Russell* |
| Kell A. Simon | Carolyn Russell (Attorney-In-Charge) |
| Texas Bar No. 24060888 | Texas Bar No. 24003913 |
| kell@kellsimonlaw.com | carolyn.russell@ogletree.com |
| LAW OFFICES OF KELL A. SIMON | Amanda C. Croushore |
| 501 North IH-35, Suite 111 | Texas Bar No. 24128163 |
| Austin, Texas 78701 | amanda.croushore@ogletree.com |
| 512.898.9662 (Phone) | Brooke Jones |
| 512.368.9144 (Fax) | Texas Bar No. 24107537 |
| | brooke.jones@ogletree.com |
| *signed by permission | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| **ATTORNEY FOR PLAINTIFF** | 500 Dallas Street, Suite 3000 |
| | Houston, Texas 77002 |
| | (713) 655-0855 |
| | (713) 655-0020 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was forwarded to all counsel of record through the Court's ECF system as of the date file stamped thereon.

>  */s/ Brooke Jones*
>  Brooke Jones

59949016.v1-OGLETREE