IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SHAWNA HAMILTON, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:22-CV-160-RWS |
| WAL-MART STORES TEXAS, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Docket No. 24. In the joint stipulation, the parties stipulate that all claims and causes of action asserted against Defendant in this case should be dismissed with prejudice with each party to bear their own costs and fees. *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 12th day of January, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE